In the Matter of the Arbitration between ISIDORE LIPSCHUTZ et al., Appellants, and ALBERT GUTWIRTH, Respondent.

Submitted November 19, 1951; decided November 29, 1951.

*Max A. Gulack* for motion.

*David S. Meyer* and *Leon Finley* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless petitioners-appellants, within ten days, serve and file an undertaking on appeal and pay $10 costs, in which events motion denied.